UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CR-20525-PCH

UNITED STATES OF AMERICA

vs.

ROBERTO GONZALEZ,

    Defendant,
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 26]**, which was entered on April 14, 2025. In the R&R, Magistrate Judge Louis found that the Defendant Roberto Gonzalez freely and voluntarily entered a plea of guilty as to the Count 1 of the Indictment filed in this case, which charges Defendant with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment filed in this case; and (3) a sentencing hearing is set for **Wednesday, June 25, 2025 at 9:30 a.m.**, before the

Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on April 16, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record
United States Probation Office